■ In the Matter of CITIZENS ORGANIZED TO PROTECT THE ENVIRONMENT, by its Members, ROBERT BRINKMAN and Another, Appellant, v PLANNING BOARD OF THE TOWN OF IRONDEQUOIT et al., Respondents. (Appeal No. 2.) [855 NYS2d 385]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered June 5, 2007 in a proceeding pursuant to CPLR article 78. The order denied the motion of Robert Brinkman and Christina Brinkman for permission to intervene.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Citizens Organized to Protect the Envt. v Planning Bd. of Town of Irondequoit* (50 AD3d 1460 [2008]). Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.

■ RANDY L. HELMER et al., Respondents, v ASSOCIATION FOR THE BLIND AND VISUALLY IMPAIRED-GOODWILL INDUSTRIES OF GREATER ROCHESTER, INC., Appellant. [855 NYS2d 386]—Appeal from an order of the Supreme Court, Monroe County (David M. Barry, J.), entered March 30, 2007 in a personal injury action. The order, insofar as appealed from, denied in part defendant's motion for summary judgment.

Now, upon the stipulation discontinuing action signed by the attorneys for the parties on March 27 and 31, 2008 and filed in the Monroe County Clerk's Office on April 3, 2008,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Hurlbutt, J.P., Smith, Centra, Green and Gorski, JJ.